# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:23-mj-185 |
| Joseph David Emerson | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 22, 2023__ in the county of __Clatsop, Columbia, Washingtn__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

(by phone)
_____
Complainant's signature

Special Agent Tapara Simmons, Jr., FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __5:27__ a.m./p.m.

Date: October 23, 2023

*Judge's signature* — Youlee Yim You

City and state: Portland, Oregon

The Honorable Youlee Y. You
*Printed name and title*