**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
**Norah Van Dusen**, OSB No. 180114
Email: norah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    Plaintiff,<br><br>vs.<br><br>**JOSEPH DAVID EMERSON**,<br><br>    Defendant. | Case No.  3:23-mj-00185<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Attorneys Noah Horst, Ethan Levi, and Norah Van Dusen have been retained to represent the defendant, Joseph David Emerson, in the above-captioned case. Please send all notices and correspondence to:

Noah Horst, OSB No. 076089
Email: noah@lmhlegal.com
Ethan Levi, OSB No. 994255
Email: ethan@lmhlegal.com
Norah Van Dusen, OSB No. 180114
Email: norah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415

NOTICE OF ATTORNEY APPEARANCE - 1
(Case No. 3:23-mj-00185)

L<small>EVI</small> M<small>ERRITHEW</small> H<small>ORST</small> PC
610 SW A<small>LDER</small> S<small>T</small>. S<small>UITE</small> 415
P<small>ORTLAND</small>, OR 97205
T: 971.229.1241 | F: 971.544.7092

Portland, OR 97205
Phone: 971.229.1241
Fax: 971.544.7092

**DATED** this 24th day of October, 2024.

            By: <u>s/ Noah Horst</u>
            **Noah Horst**, OSB No. 076089
            **Of Attorneys for Defendant**

NOTICE OF ATTORNEY APPEARANCE - 2
(Case No. 3:23-mj-00185)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092