NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

<br>

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:23-mj-00185** |
| **v.** | **MOTION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM*** |
| **JOSEPH DAVID EMERSON,** | *(SINGLE DAY APPEARANCE)* |
| **Defendant.** | |

The United States of America, by and through its undersigned attorney, pursuant to

Chapter 153, Title 28, United States Code, moves this court for an order for a writ of habeas

corpus *ad prosequendum* directing the Sheriff of the facility, to deliver to the United States

Marshal for the District of Oregon, or his duly authorized Deputy, the body of defendant named

above, in order that the said defendant may be brought before this court on Thursday, October

26, 2023, at 1:30 p.m., for the purpose of arraignment, trial and any further proceedings.  The

/ / /

/ / /

**Motion for Writ of Habeas Corpus *Ad Prosequendum***                                                    **Page 1**

government also requests the United States Marshal, or his duly authorized Deputy, shall re-

deliver said prisoner to the facility at the conclusion of said proceedings.

Dated: October 24, 2023                    Respectfully submitted,

                                           NATALIE K. WIGHT
                                           United States Attorney

                                           */s/ Parakram Singh*
                                           PARAKRAM SINGH, OSB #134871
                                           Assistant United States Attorney