AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED27 OCT '23 10:09USDC-ORP

**ORIGINAL**

United States of America
v.

Joseph David Emerson

*Defendant*

) Case No. 3:23-mj-185
)
)
)
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joseph David Emerson ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

49 U.S.C. § 46504 - Interference with Flight Crew Members and Attendants

Date: 10/23/2023

*Youlee Yim You*
*Issuing officer's signature*

City and state: Portland, Oregon

The Honorable Youlee Y. You
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* DATE 10/26/2023 at *(city and state)* _____ ARRESTED BY WHCAP |
| Date: _____ U.S. MARSHAL BY E. CATER *(signature)* |
| *Arresting officer's signature* |
| *Printed name and title* |