**Noah Horst**, OSB No. 076089
Email: noah@lmhlegal.com
**Ethan Levi**, OSB No. 994255
Email: ethan@lmhlegal.com
**Norah Van Dusen**, OSB No. 180114
Email: norah@lmhlegal.com
Levi Merrithew Horst PC
610 SW Alder Street, Suite 415
Portland, Oregon 97205
Telephone: (971) 229-1241
Facsimile: (971) 544-7092

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH DAVID EMERSON**, <br><br> Defendant. | Case No.  3:23-mj-00185 <br><br> **UNOPPOSED MOTION TO CONTINUE GRAND JURY REPORT** |

  Comes now Defendant Joseph David Emerson, by and through his attorneys, Noah Horst, Ethan Levi, and Norah Van Dusen, and moves this Court for an Order to Continue the Grand Jury report due date by 30 days. The current report due date is November 22, 2023, and the parties would like to continue the due date to December 21, 2023.

//

//

UNOPPOSED MOTION TO CONTINUE GRAND JURY REPORT - 1
(Case No. 3:23-mj-00185)

Levi Merrithew Horst PC
610 SW Alder St. Suite 415
Portland, OR 97205
T: 971.229.1241 | F: 971.544.7092

The Assistant United States Attorney assigned to this matter, Parakram Singh, does not oppose this motion to continue.

**DATED** this 14th day of November, 2023.

>By: s/ Ethan Levi
>**Ethan Levi**, OSB No. 994255
>**Of Attorneys for Defendant**

UNOPPOSED MOTION TO CONTINUE GRAND JURY REPORT - 2
(Case No. 3:23-mj-00185)

LEVI MERRITHEW HORST PC
610 SW ALDER ST. SUITE 415
PORTLAND, OR 97205
T: 971.229.1241 | F: 971.544.7092