NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00185 |
| v. | **MOTION FOR WRIT OF HABEAS CORPUS** *AD PROSEQUENDUM* |
| **JOSEPH DAVID EMERSON,** | |
| Defendant. | *(SINGLE DAY APPEARANCE)* |

The United States of America, by and through its undersigned attorney, pursuant to Chapter 153, Title 28, United States Code, moves this court for an order for a writ of habeas corpus *ad prosequendum* directing the Sheriff of the facility, to deliver to the United States Marshal for the District of Oregon, or his duly authorized Deputy, the body of defendant named above, in order that the said defendant may be brought before this court on Wednesday, December 6, 2023, at 1:30 p.m., for the purpose of a review of detention hearing.

/ / /

/ / /

**Motion for Writ of Habeas Corpus** *Ad Prosequendum*                                                                 **Page 1**

The government also requests the United States Marshal, or his duly authorized Deputy, shall re-deliver said prisoner to the facility at the conclusion of said proceedings.

Dated: December 5, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney