UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-mj-00185 |
| v. | **WRIT OF HABEAS CORPUS** *AD PROSEQUENDUM* |
| **JOSEPH DAVID EMERSON,** | |
| **Defendant.** | *(SINGLE DAY APPEARANCE)* |

TO: Sheriff, Multnomah County

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, Joseph David Emerson, FBI #PDE76MCPX, SWIS #841644, a prisoner in your custody currently being housed at Multnomah County Detention Center, 1120 SW 3rd Ave., Portland, OR 97204, (503) 988-3689, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this court on Wednesday, December 6, 2023, at 1:30 p.m., for the purpose of review of detention hearing. It is further ordered that the United States Marshal, or his duly authorized Deputy, shall

/ / /

/ / /

**Writ of Habeas Corpus** *Ad Prosequendum*                                        **Page 1**

re-deliver said prisoner to your facility at the conclusion of said proceedings, and is authorized to incur the necessary expenses connected therewith, as provided by law.

Dated: December _____, 2023

                                                                            _____
                                                                            HONORABLE STACIE F. BECKERMAN
                                                                            United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Writ of Habeas Corpus** *Ad Prosequendum*                                                                                              **Page 2**